| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| RAMON HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:16-CV-216 |
| | § | |
| MICHAEL DAVID LOPEZ, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ramon Hernandez, proceeding *pro se*, filed this petition for writ of habeas corpus. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration in accordance with applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommend the petition be dismissed without prejudice for lack of subject-matter jurisdiction.

The court has received the magistrate judge's Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the magistrate judge's report is **ADOPTED**. An appropriate final judgment shall be entered.

SIGNED at Beaumont, Texas, this 6th day of January, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE